**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

UNITED STATES OF AMERICA

    v.                                                                              Case No.: 3:05-cr-99-J-32MMH

DENNIS W. ZEIGHLER

_____

**O R D E R**

This case came before the Court on February 23, 2005, for an Initial Appearance and Change of Plea Hearing. The Defendant appeared before this Court with counsel and waived his right to speedy trial, under the Speed Trial Act, 18 U.S.C. § 3161 *et seq.,* as stated in the Waiver of Right to Speedy Trial, filed in open Court on June 2, 2005. In that regard, the Court made inquiry of the Defendant, under oath, and based thereon, finds the Defendant knowingly, intentionally, voluntarily and freely waived his right to speedy trial under the Speedy Trial Act. In addition, having considered the factors identified in 18 U.S.C. § 3161(h)(8)(B), the Court concludes "that the ends of justice served by the granting of such continuance outweigh the best interests of the public and the defendant in a speedy trial." 18 U.S.C. § 3161 (h)(8)(A). Therefore, all time waived by the Defendant shall be considered as excludable time within the terms of 18 U.S.C. § 3161(h)(8)(A).

**DONE AND ORDERED** at Jacksonville, Florida, this 3rd day of June, 2005.

MARCIA MORALES HOWARD
United States Magistrate Judge

Copies to:
Asst. U.S. Attorney (Moody)
Lisa Call, Esquire
U.S. Marshal
U.S. Pretrial
U.S. Probation
Defendant